UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| Janet Timme, | ) | Case No.: 3:22-cv-00579-YY |
| Plaintiff, | ) | |
| v. | ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

_____

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, attorney fees in the amount of $3,030.86 and reimbursement of costs in the amount of $402.00 for a total of $3,432.86 are awarded to Plaintiff.  It is ordered that the attorney fee and costs will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the check for any remaining funds

after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney at the address above.

    IT IS SO ORDERED.
    Dated June 22, 2023

                                                    */s/ Youlee Yim You*
                                                    Youlee Yim You
                                                    United States Magistrate Judge